**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| DARRYL A. CARTER, | No. 10-56365 |
| Petitioner - Appellant, | D.C. No. 2:09-cv-05298-VBF |
| v. |  |
| J. L. NORWOOD, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. |  |

Appeal from the United States District Court
for the Central District of California
Valerie Baker Fairbank, District Judge, Presiding

Submitted December 19, 2011[**]

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Federal prisoner Darryl A. Carter appeals pro se from the district court's

judgment denying his 28 U.S.C. § 2241 habeas petition. We have jurisdiction

under 28 U.S.C. § 1291, and we affirm.

Carter contends that he is entitled to 1,681 days of credit toward his 24-

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

month sentence for violation of supervised release.  Contrary to Carter's contention, the district court did not err in determining that Carter was not entitled to credit for any time served on other sentences or for time Carter was not in custody.  *See* 18 U.S.C. § 3585(b); *United States v. Wilson*, 503 U.S. 329, 337 (1992).

**AFFIRMED.**